1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:04-CR-05183 OWW |
| Plaintiff, | ) ) ) | ORDER ON GOVERNMENT'S MOTION TO DISMISS (Fed. R. Crim. P.  48 (a)) |
| v. | ) ) | |
| ALVARO MERCADO-MORENO, | ) ) | |
| Defendant. | ) ) ) | |

O R D E R

IT IS HEREBY ORDERED that the indictment in the above-entitled case be dismissed without prejudice in the interests of justice.  The defendant will remain in custody, having been sentenced in the case of 1:04-CR-5185 OWW.

IT IS SO ORDERED.

**Dated:    August 17, 2006                         /s/ Oliver W. Wanger**
emm0d6                                      UNITED STATES DISTRICT JUDGE

1